# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| SAMMY LEE CASEY-EL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:07CV1325 SNL |
| | ) | |
| T. CONNOR, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court for review of plaintiff's motion to proceed in forma pauperis. The Court has reviewed the financial information provided by the plaintiff and finds that the motion should be granted. Pursuant to 28 U.S.C. § 1915(e), the Court is required to review the complaint and to dismiss it if it is frivolous, malicious, or fails to state a claim upon which relief can be granted. Having reviewed the complaint, the Court finds that it survives initial review and should not be dismissed at this time. As a result, the Court will order the Clerk to issue process or cause process to issue on the complaint.

Additionally, the Court notes that docket sheet names the St. Louis County Police Department as party defendant. The St. Louis County Police Department is not named as a defendant in the complaint. As a result, the Court will order the Clerk to terminate the St. Louis County Police Department as party defendant.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk shall issue process or cause process to issue on the complaint.[1]

**IT IS FURTHER ORDERED** that the Clerk shall terminate the St. Louis County Police Department as party defendant.

Dated this 24th Day of October, 2007.

                                                _____
                                                SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Defendant is alleged to be a police officer for the City of Normandy Police Department.