UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| SAMMY LEE CASEY-EL, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:07CV1325SNLJ |
| T. CONNER, | ) | |
| Defendant. | ) | |

## ORDER AND JUDGMENT

*Pro se* prisoner plaintiff has filed an amended complaint alleging numerous violations of his due process, Fourth Amendment, Sixth Amendment, and Eighth Amendment rights; as well as numerous state law claims for assault and battery in connection with plaintiff's arrest for an allegedly drunk driving accident. This matter is before the Court on the defendant's motion for summary judgment (#19), filed October 9, 2008. As of today's date, plaintiff has failed to file a response.

Upon review of the defendant's motion and memorandum in support, submitted exhibits, relevant caselaw, and the court file, and in light of the plaintiff's failure to respond to the instant motion, the Court will grant summary judgment to the defendant on the grounds as set forth in the instant motion.

Accordingly,

**IT IS HEREBY ORDERED** that defendant Conner's motion for summary judgment (#19) be and is **GRANTED.** Judgment is hereby entered for defendant and against the plaintiff on the merits of the plaintiff's first amended complaint. No further action is to be taken in this case.

Dated this   4th   day of December, 2008.

                                                   UNITED STATES DISTRICT JUDGE